UNITED STATES of America,
Plaintiff – Appellee,

v.

Kelli O'MALLEY, Defendant –
Appellant.

No. 00–5416.

United States Court of Appeals,
Sixth Circuit.

May 8, 2002.

BEFORE: SILER and GILMAN, Circuit Judges and DONALD, District Judge.*

## ORDER

Upon consideration of the petition for rehearing filed by the appellee,

It is **ORDERED** that the petition for rehearing be, and it hereby is, **GRANTED.**

It is further ORDERED that the parties file letter briefs in support of their respective positions within fourteen days from the date of this order.